MANDATE

JUL-21-2009 12:14    THE MARCUS LAW FIRM

Conn / NHCT
05-cv-1486
Squatrito

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

Robin Brown-Criscuolo
Plaintiff-Appellee

Robert K. Wolfe
Defendant-Appellant

Docket No. 09-1269-cv

*UNITED STATES COURT OF APPEALS — FILED JUL 28 2009 — Catherine O'Hagan Wolfe, Clerk — SECOND CIRCUIT*

The undersigned hereby stipulate that the above-captioned appeal is hereby withdrawn without costs and without attorneys' fees pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

The undersigned further stipulate that a signature on this document by facsimile shall be sufficient as an original.

Dated: 7/20/09

David S. Monastersky
Attorney for Appellant
ct13319
Howd & Ludorf, LLC

Dated: 7/21/09

Shelley A. Marcus
Attorney for Appellee
ct20965
The Marcus Law Firm

SO-ORDERED:

FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By
Lisa J. Greenberg, Staff Counsel

Counsel: Please print name and firm under signatures.

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____
DEPUTY CLERK

TOTAL P.02

CERTIFIED:  JUL 3 0 2009